IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIAM PORTER, | : |
| | : |
|     Plaintiff, | : |
| | : |
| vs. | :   CIVIL ACTION 08-0346-CG-M |
| | : |
| CITY OF SELMA BOARD OF | : |
| EDUCATION, BARBARA STAPP-HIOUAS,: | |
| and DEBRA REEVES-HOWARD, | : |
| | : |
|     Defendants. | : |

## ORDER

After due and proper consideration of all pleadings in this file, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is **ORDERED** that Defendants' Motion to Dismiss (Docs. 9, 15) is **GRANTED** and that Defendants Barbara Stapp-Hiouas and Debra Reeves-Howard are hereby **DISMISSED** from this action.

**DONE and ORDERED** this 10th day of September, 2008.

                                        /s/ Callie V. S. Granade
                                      CHIEF UNITED STATES DISTRICT JUDGE